[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-14047

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 27, 2010
JOHN LEY
CLERK

D. C. Docket No. 04-03422-CV-VEH-HGD

ROBERT BRYANT MELSON,

Petitioner-Appellant,

versus

RICHARD F. ALLEN, Commissioner,
Alabama Department of Corrections,

Respondent-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(July 27, 2010)**

**ON REMAND FROM THE
SUPREME COURT OF THE UNITED STATES**

Before BIRCH, BARKETT and WILSON, Circuit Judges.

PER CURIAM:

In <u>Melson v. Allen</u>, 548 F.3d 993 (11th Cir. 2008), we affirmed Robert B. Melson's death sentence following his 1996 capital murder convictions. The Supreme Court vacated our judgment, <u>Melson v. Allen</u>, ___ S. Ct.___, 2010 WL 2471066 (June 21, 2010), and remanded the case to us for further consideration in light of its decision in <u>Holland v. Florida</u>, 560 U.S. ___, 130 S. Ct. 2549 (2010) WL 2346549. We hereby remand this case to the district court so that it may conduct the necessary fact-finding in the first instance in accordance with the principles set forth in <u>Holland</u>.

**REMANDED.**